(A) In the Matter of the Claim of ESTEBAN CERDAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of STANLEY FISHER et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) TIPPETTS-ABBETT-McCARTHY-STRATTON, Respondent, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALFRED W. BISHOP, Respondent. (E) In the Matter of the Claim of EDWARD I. HELLER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of VITA L. MODICA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of TRANSMIRRA PRODUCTS CORPORATION, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of MARY DMITRUK,

Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of ELIZABETH INOKAI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of HELEN PRESS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of CARLYLE H. CROYLE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) JESS F. HOWES, Respondent-Appellant, v. PECKHAM ROAD CORPORATION, Appellant-Respondent. (M) LUIGI CASELLA, Respondent, v. RALPH B. JAMES, JR., et al., Appellants. (N) LUIGI CASELLA, Respondent, v. WILLIAM WILBUR, Appellant. (O) JOHN DUCH, Respondent, v. VICTOR GIACQUINTO, Appellant. (P) THOMAS CHIMERI, Respondent, v. PADDOCK POOL BUILDERS, INC., Appellant. (Q) PERRY R. DRUZBA, Appellant, v. FREDERICK McCARNEY, Respondent. (R) JEAN D. MURNANE, Appellant, v. CHARLES J. MURNANE, Respondent. (S) KIAMESHA CONCORD, INC., Respondent, v. PROVIDENCE WASHINGTON INSURANCE Co., Appellant. (T) MINA G. STANLEY, Appellant, v. A. J. BORICK, Respondent. (U) In the Matter of the Claim of ELEODOR PREDESCU, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (V) In the Matter of the Claim of AARON PFEFFER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (W) In the Matter of the Claim of ANITA BILLUPS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (X) In the Matter of the Claim of JULIUS CHERINSKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Y) In the Matter of the Claim of ANNE W. KEARY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Z) In the Matter of the Claim of JOSEPH BERMAN, Respondent. UTILITY LAUNDRY SERVICE, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (AA) In the Matter of the Claim of DENES BUTHY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (BB) In the Matter of the Claim of ED S. FERGUSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (CC) In the Matter of the Claim of FREDERICK DESBIENS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (DD) In the Matter of the Claim of HOPE SCHAFFHAUSER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (EE) In the Matter of the Claim of LOUIS BERK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (FF) In the Matter of the Claim of MICHAEL KAMEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (GG) In the Matter of the Claim of MICHAEL KAMEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (HH) In the Matter of the Claim of CHETT G. PAGE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (II) In the Matter of the Claim of JOSE P. CASTRO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (JJ) In the Matter of the Claim of LOUIS COPPOLA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (KK) In the Matter of the Claim of JOHN REIDY, Appellant, v. HERMAN H. SCHWARTZ, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (LL) UNIVERSAL C. I. T. CREDIT CORPORATION, Respondent, v. CLINTON VAN AUKEN, Appellant. (MM) GEORGE LEEFE et al., Appellants, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Respondent, et al., Defendants. (NN) In the Matter of the Claim of WILLIAM KRUK, Appellant, v. FOREST HILLS HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (OO) In the Matter of the Claim of SARA HELFIELD, Appellant, v. TRYLON COAT & SUIT Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (PP) NICOLE M. WILSON, as Administratrix D. B. N. of GEORGE M. WILSON, Deceased,

456

Respondent, v. ALBERT PARADY, Appellant, et al., Defendants. (QQ) MILLS STUDIO, INC., Respondent, v. CHENANGO VALLEY REALTY CORP. et al., Appellant and FAMILY BARGAIN CENTERS, INC., Respondent. (RR) In the Matter of the Claim of WILLIAM DREW, Appellant, v. CITY OF TROY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (SS) In the Matter of JERIL BENEDIT et al., Petitioners, v. STANLEY ROBERTS, Individually and as Superintendent of Highways of the Town of Eaton, et al., Respondents.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue on or before August 7, 1961, and are ready for argument at the Term to commence September 6, 1961, in which event motions denied.